**Motion GRANTED and Order filed October 3, 2018.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-18-00386-CV

———————

### IN RE ABIRA MEDICAL LABORATORIES, LLC D/B/A GENESIS DIAGNOSTICS - II, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1080417**

---

## ORDER

Relator Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics - II filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Roberta Lloyd, Judge of County Civil Court at Law No. 4, in Harris County, Texas, to set aside her order granting Hologic, Inc.'s plea to the jurisdiction

dated April 25, 2018, entered in trial court number 1080417, styled *St. Jude Medical SC, Inc. v. K & S Consulting, LLC a/k/a and d/b/a K & S Consulting, et al.* Relator claims respondent abused her discretion by granting the plea to the jurisdiction.

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On October 2, 2018, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 1080417, *St. Jude Medical SC, Inc. v. K & S Consulting, LLC a/k/a and d/b/a K & S Consulting, et al.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.